IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| CAMMY K. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 00-0457-CV-W-4-ECF |
| | ) | |
| NEOSHO R-V SCHOOL DISTRICT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Now before the Court is the parties' Joint Motion for Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is hereby dismissed with prejudice. Each party is to bear its own costs.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: February 6, 2001